

**Entered on Docket**
**April 12, 2011**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-71865

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 09-13279-mkn |
| Carmen F. Medina, aka Carmen Medina and aka Carmen Flores Mendina | Date: 03/09/2011<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 710 Williams Avenue, North Las Vegas, NV 89030.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David M. Crosby
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    The court has waived the requirements set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

__X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
         any trustee appointed in this case any unrepresented parties who appeared at the hearing,
         and each has approved or disapproved the order, or failed to respond, as   indicated below.

Debtor's counsel:

____  approved the form of this order           ____  disapproved the form of this order

____  waived the right to review the order and/or     __X__ failed to respond to the document

____   appeared at the hearing, waived the right to review the order

____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____  approved the form of this order           ____  disapproved the form of this order

____  waived the right to review the order and/or     __X__ failed to respond to the document


____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
         motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
         order.

I declare under penalty and perjury that the foregoing is true and correct.


Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor